☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN -2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MELANIE R HOPP )<br>)<br>Defendant. ) | 2:00-CR-255-PMP-VCF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#20), sentencing having been imposed on February 20, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CUMIS INSURANCE SOCIETY INC
Amount of Restitution: $114,449.55

Name of Payee: SONEPCO FEDERAL CREDIT UNION
Amount of Restitution: $2,500.45

**Total Amount of Restitution ordered:** $116,950.00

Dated this \_\_\_30\_\_\_ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE